JOHN R. COLEMAN, ADM'R, Respondent, v. BAYLESS EARLES et al., Appellants, from Crawford Circuit Court.

Affirmed for want of assignment of errors and brief.

*Hillman et al.*, for plaintiff in error.
*Newton Jones*, for defendants in error.